# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2409

Troy Cooper v. John Wetzel

(W.D. Pa. No. 3-19-cv-00139)

# **O R D E R**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: September 19, 2022

CJG/cc:   Troy Cooper

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate