IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TROY COOPER,
    Plaintiff,
v.
JOHN WETZEL, *et al.*
    Defendants.

Case No. 3:19-cv-139-SLH-KAP

Order

Plaintiff's Motion to Withdraw, ECF no. 47, can be taken to be a notice of voluntary dismissal under Fed.R.Civ.P. 41(a)(1)(A)(i). The Report and Recommendation at ECF no. 35 is withdrawn as moot and the amended complaint, ECF no. 13, is dismissed without prejudice. No filing fee shall be collected. The Clerk shall mark this matter closed.

DATE: October 4, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Troy Cooper  BY-5707
S.C.I. Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

Inmate Account Officer

1